1124

No. 95-7771. SHARP v. CAWLEY. Ct. App. Va. Certiorari denied.

No. 95-7774. MACK v. SKUPNIEWITZ, CLERK, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95-7785. JACKSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95-7821. BROWN v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 95-7829. OXFORD v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 95-7872. PATIN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 95-7881. GUZMAN ZAYAS v. BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 95-7884. CALDWELL v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 95-7892. GRAVES v. UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT. C. A. Fed. Cir. Certiorari denied.

No. 95-7912. PATTERSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95-7927. MITCHELL v. BILBY-KNIGHT. C. A. 5th Cir. Certiorari denied.

No. 95-7942. CASARES v. TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 95-7979. BRIGGS v. UNITED STATES. C. A. Armed Forces. Certiorari denied.